No. 1187. KALODNER, JUDGE, v. WEBSTER EISENLOHR, INC. May 28, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hirsh W. Stalberg* for petitioner. *Mr. Paul D. Miller* for respondent. *Assistant Solicitor General Cox, Messrs. Roger S. Foster, Milton V. Freeman, Theodore L. Thau* and *David Ferber* filed a memorandum on behalf of the Securities & Exchange Commission, as *amicus curiae,* in support of the petition.

No. 1194. BLACK v. RICHFIELD OIL CORP. May 28, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John W. Preston, Oliver O. Clark* and *Irving M. Walker* for petitioner. *Mr. Leonard S. Lyon* for respondent.

No. 1195. NORTH KANSAS CITY DEVELOPMENT Co. ET AL. v. CHICAGO, BURLINGTON & QUINCY RAILROAD Co. ET AL. May 28, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry N. Ess* and *Elton L. Marshall* for petitioners. *Messrs. J. L. Rice, W. S. Hogsett, Hale Houts, Andrew C. Scott, J. C. James, Walter McFarland* and *Eldon Martin* for respondents.

No. 1197. MIAMI BRIDGE Co. v. RAILROAD COMMISSION OF FLORIDA. May 28, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Mitchell D. Price* for petitioner. *Mr. Lewis W. Petteway* for respondent. *Messrs. Robert H. Anderson* and *Alfred L. McCarthy* filed a brief, as *amici curiae,* in opposition.